DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
REGINALD BOWERS


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:06-CR-0288 WBS |
| Plaintiff, | |
| | **STIPULATION AND ORDER** |
| v. | **CONTINUING STATUS CONFERENCE AND** |
| | **EXCLUDING TIME** |
| REGINALD BOWERS and DOROTHY WILLIAMS, | |
| | Date: November 14, 2011 |
| Defendants. | Time: 8:30 a.m. |
| | Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendants, Reginald Bowers and Dorothy Williams, through their respective attorneys, that the status conference scheduled for November 14, 2011, may be continued to January 23, 2012, at 8:30 a.m.

Recent developments in the case have led the parties to revisit their negotiations and both counsel intend to meet with the drug-unit supervisor at the U.S. Attorney's Office during the month of December to see whether the case can be resolved at this point, given recent developments. To afford time for these discussions, the parties agree

1  that time under the Speedy Trial Act should be excluded pursuant to 18
2  U.S.C. § 3161(h)(7)(A) and that the ends of justice served by taking such
3  action outweigh the best interest of the public and the defendant in a
4  speedy trial.

                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

Dated:  November 10, 2011           /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for REGINALD BOWERS


Dated:  November 10, 2011           /s/ T. Zindel for J. Greiner
                                    JAMES GREINER
                                    Attorney for DOROTHY WILLIAMS

                                    BENJAMIN B. WAGNER
                                    United States Attorney


Dated:  November 10, 2011           /s/ T. Zindel for J.Hitt
                                    JASON HITT
                                    Assistant U.S. Attorney


                              **O R D E R**

The status conference is continued to January 23, 2012, at 8:30 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through January 23, 2012.

    IT IS SO ORDERED.

Dated:  November 9, 2011

                    _____
                    WILLIAM B. SHUBB
                    UNITED STATES DISTRICT JUDGE

Stip. in U.S.A. v. Bowers et al.          2