DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
REGINALD BOWERS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:06-CR-0288 WBS |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | **CONTINUING STATUS CONFERENCE** |
| ) | **AND EXCLUDING TIME** |
| REGINALD BOWERS and ) | |
| DOROTHY WILLIAMS, ) | |
| ) | Date: January 23, 2012 |
| Defendants. ) | Time: 9:30 a.m. |
| ) | Judge: Hon. William B. Shubb |
| _____ ) | |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendants, Reginald Bowers and Dorothy Williams, through their respective attorneys, that the status conference scheduled for January 23, 2012, may be continued to March 5, 2012, at 9:30 a.m.

The parties are close to resolving the case but have yet to meet with the drug-unit supervisor at the U.S. Attorney's Office. In addition, the parties have yet to resolve a pending forfeiture matter tied to the pending criminal case. To afford time to complete their

discussions, the parties agree that time under the Speedy Trial Act should be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: January 19, 2012 /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for REGINALD BOWERS

Dated: January 19, 2012 /s/ T. Zindel for J. Greiner
JAMES GREINER
Attorney for DOROTHY WILLIAMS

BENJAMIN B. WAGNER
United States Attorney

Dated: January 19, 2012 /s/ T. Zindel for J.Hitt
JASON HITT
Assistant U.S. Attorney

**O R D E R**

The status conference is continued to March 5, 2012, at 9:30 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through March 5, 2012.

IT IS SO ORDERED.

Dated: January 20, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE