1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   REGINALD BOWERS

7

8

9              IN THE UNITED STATES DISTRICT COURT

10           FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,      )  No. 2:06-CR-0288 WBS
                                   )
14                Plaintiff,       )
                                   )  **STIPULATION AND ORDER**
15      v.                         )  **RELEASING LIEN**
                                   )
16  REGINALD BOWERS and            )
    DOROTHY WILLIAMS,              )
17                                 )
                  Defendants.      )  Judge: Hon. Carolyn K. Delaney
18                                 )
    _____ )
19

20      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

21  of America, and defendant, Reginald Bowers, that the Clerk shall

22  forthwith release the lien covering real property at 215 Roney Avenue,

23  Vallejo, California, posted in 2010 to secure Mr. Bowers' release.

24      Magistrate Judge Brennan ordered Mr. Bowers released on September

25  28, 2010, on a bond secured in part by real property owned by Dorothy

26  Williams at 215 Roney Avenue, Vallejo, California.  The property was

27  recently sold but cannot be transferred without first removing the lien

28  securing Mr. Bowers' bond.  The parties concur that the passage of

substantial time since Mr. Bowers's release demonstrates that the additional security of the Vallejo home is no longer needed. The parties agree that the lien may be released so that the property may be transferred to its new owner.

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: February 3, 2012

/s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for REGINALD BOWERS

BENJAMIN B. WAGNER
United States Attorney

Dated: February 3, 2012

/s/ T. Zindel for J.Hitt
JASON HITT
Assistant U.S. Attorney

**O R D E R**

IT IS SO ORDERED.

Dated: February 6, 2012

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE