DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
REGINALD BOWERS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:06-CR-0288 WBS |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| REGINALD BOWERS and DOROTHY WILLIAMS, | |
| Defendants. | Date: April 30, 2012<br>Time: 9:30 a.m.<br>Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendants, Reginald Bowers and Dorothy Williams, through their respective attorneys, that the status conference scheduled for April 30, 2012, may be continued to June 25, 2012, at 9:30 a.m.

The parties have yet to present their proposed resolution to the drug-unit supervisor at the U.S. Attorney's Office and have yet to resolve a pending forfeiture matter tied to the pending criminal case. To afford time to complete their discussions, the parties agree that time

1  under the Speedy Trial Act should be excluded through June 25, 2012,
2  pursuant to 18 U.S.C. § 3161(h)(7)(A) and that the ends of justice served
3  by taking such action outweigh the best interest of the public and the
4  defendant in a speedy trial.

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: April 25, 2012          /s/ T. Zindel
                               TIMOTHY ZINDEL
                               Assistant Federal Defender
                               Attorney for REGINALD BOWERS

Dated: April 25, 2012          /s/ T. Zindel for J. Greiner
                               JAMES GREINER
                               Attorney for DOROTHY WILLIAMS

                               BENJAMIN B. WAGNER
                               United States Attorney

Dated: April 25, 2012          /s/ T. Zindel for J.Hitt
                               JASON HITT
                               Assistant U.S. Attorney

## O R D E R

The status conference is continued to June 25, 2012, at 9:30 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through June 25, 2012.

IT IS SO ORDERED.

Dated: April 26, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE