1 **JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
2 **LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
3 SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
4 FAX: (916) 920-7951

5 ATTORNEY FOR DEFENDANT
DOROTHY JEAN WILLIAMS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.NO. S-06-288-02-WBS |
| PLAINTIFF, ) | STIPULATION AND ~~PROPOSED~~ ORDER RE: RELEASING BAIL BOND ON THE PROPERTY LOCATED AT 7250 15TH STREET AND TERMINATE DRUG TESTING CONDITION |
| v. ) | |
| DOROTHY JEAN WILLIAMS, ) | |
| DEFENDANT. ) | |
| _____) | |

The Plaintiff, the United States of America, by and through its attorneys, Assistant United States Attorney, Mr. Jason Hitt, and the defendant, Ms. Dorothy Jean Williams, by and through her attorney, Mr. James R. Greiner, hereby agree and stipulate to the following:

    1. On June 29, 2006, a complaint was filed regarding the defendant, Dorothy Jean Williams.

    2. On June 29, 2006, the Magistrate Judge, after consideration, ordered the deft released on a $200,000 secured bond and under the conditions as stated on the record.

    3. It appears from the docket that the defendant was released from custody on July 6, 2006, after posting the bail bond and with conditions of release . (See docket entries 4, 5, and 6).

1

4. An Indictment was returned on July 13, 2006, against both the defendant and co-defendant Reginald Bowers. The Indictment alleges in Count 1 a violation of Title 21 U.S.C. section 841(a)(1) (Possession with intent to distribute cocaine base); Count two a violation of Title 21 U.S.C. section 841(a)(1) Possession with intent to distribute Cocaine; Count three (against defendant only) a violation of Title 21 U.S.C. section 856(a)(2) Managing and controlling a place for the purpose of manufacturing, storing, and distributing Cocaine and Cocaine base.

5. The defendant was arraigned on the Indictment on July 14, 2006, entering not guilty pleas and demanding a jury trial.

6. On December 19, 2006, the court appointed present counsel in place of Mr. Steve Bauer.

7. A related case order was filed on December 21, 2006, regarding the civil forfeiture action filed, Civ-S-06-02839-WBS.

8. The parties agree and stipulate that the Court may sign the Order below releasing as bail bond in this case, the property located at 7244 15th Street, Sacramento, California.

9. Pretrial services has no objection to the releasing of the property located at 7244 15th Street, Sacramento, California, 95822.

10. On June 25, 2007, Docket number 32, this Court signed the stipulation and agreement of the parties to release a piece of property located at 7250 15th Street, Sacramento, California, 95822.

11. As one of the conditions of Pre-Trial release the defendant, Dorothy Williams has been on drug testing conditions. For almost 6 (six) years (the complaint was filed on June 29, 2006, See Docket entry #1), the defendant has continually drug tested, without either missing a test or NEVER testing positive. Based on this almost 6 (six) year history of all negative testing, the parties agree and stipulate that the condition of drug testing for defendant Dorothy Williams can be terminated by the

Court.

Pre-Trial has been provided a copy of this Stipulation and Proposed Order, and Pre-Trial has no objection to either modification to the conditions of release of defendant Dorothy Williams as stated herein.

BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

/s/ JASON HITT by e mail authorization

DATED: 5-1-12            _____
JASON HITT
ASSISTANT UNITED STATES ATTORNEY
ATTORNEYS FOR THE PLAINTIFF


/s/ JAMES R. GREINER

DATED: 5-1-12            _____
JAMES R. GREINER
ATTORNEY FOR DEFENDANT
DOROTHY JEAN WILLIAMS

# ORDER

**FOR GOOD CAUSE SHOWING,**

The Court, after full review of the agreements and stipulations of the parties and the case file, and for the reasons stated herein by the parties and not objected to by Pre-Trial Services, adopts the parties agreements and Stipulations as follows:

1- Pre-Trial Services is Ordered to release as bail bond in this case, the property located at 7244 15th Street, Sacramento, California. And the Clerk of this Court is Ordered to release and exonerate the property bond containing the property located at 7244 15th Street, Sacramento, California and to return said property bond to the defendant herein by mailing said exoneration and property bond to: Dorothy Williams, 7250 15th Street, Sacramento, California, 95822.

2-Upon receipt of a copy of this Order, Pre-Trial Services is Ordered to terminate the drug testing condition of pre-trial release regarding the Defendant Dorothy Williams.

**IT IS SO ORDERED.**

DATED: May 1, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE