1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   REGINALD BOWERS

7

8

9             IN THE UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,      ) No. 2:06-CR-0288 WBS
                                  )
14              Plaintiff,        )
                                  ) **STIPULATION AND ORDER**
15      v.                        ) **CONTINUING STATUS CONFERENCE**
                                  ) **AND EXCLUDING TIME**
16 REGINALD BOWERS and            )
   DOROTHY WILLIAMS,              )
17                                ) Date:  August 20, 2012
                Defendants.       ) Time:  9:30 a.m.
18                                ) Judge: Hon. William B. Shubb
                                  )
19 _____)

20

21      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States
22 of America, and defendants, Reginald Bowers and Dorothy Williams, through
23 their respective attorneys, that the status conference scheduled for
24 August 20, 2012, may be continued to October 15, 2012, at 9:30 a.m.
25      The parties have agreed to delay resolution of the case pending
26 resolution of collateral issues that may affect the ultimate resolution
27 as to both defendants.  Discussions also continue re a pending forfeiture
28 matter tied to the criminal case.  To afford time to complete their

resolution, the parties agree that time under the Speedy Trial Act should be excluded through October 15, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: August 16, 2012    /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for REGINALD BOWERS

Dated: August 16, 2012    /s/ T. Zindel for J. Greiner
JAMES GREINER
Attorney for DOROTHY WILLIAMS

BENJAMIN B. WAGNER
United States Attorney

Dated: August 16, 2012    /s/ T. Zindel for J.Hitt
JASON HITT
Assistant U.S. Attorney

**O R D E R**

The status conference is continued to October 15, 2012, at 9:30 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through October 15, 2012.

IT IS SO ORDERED.

Dated: August 17, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stip. & Order    2