1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   REGINALD BOWERS
7

8

9            IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,       )  No. 2:06-CR-0288 WBS
                                    )
14            Plaintiff,            )
                                    )  **STIPULATION AND ORDER**
15      v.                          )  **CONTINUING STATUS CONFERENCE**
                                    )  **AND EXCLUDING TIME**
16  REGINALD BOWERS and             )
    DOROTHY WILLIAMS,               )
17                                  )  Date:  November 5, 2012
              Defendants.           )  Time:  9:30 a.m.
18                                  )  Judge: Hon. William B. Shubb
    _____ )
19

20

21      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

22  of America, and defendants, Reginald Bowers and Dorothy Williams, through

23  their respective attorneys, that the status conference scheduled for

24  November 5, 2012, may be continued to January 22, 2013, at 9:30 a.m.

25      The parties have agreed to delay resolution of the case pending

26  resolution of collateral issues that may affect the ultimate resolution

27  as to both defendants.  Discussions also continue re a pending forfeiture

28  matter tied to the criminal case.  To afford time to complete their

resolution, the parties agree that time under the Speedy Trial Act should be excluded through January 22, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A) and that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: November 2, 2012  /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for REGINALD BOWERS

Dated: November 2, 2012  /s/ T. Zindel for J. Greiner
JAMES GREINER
Attorney for DOROTHY WILLIAMS

BENJAMIN B. WAGNER
United States Attorney

Dated: November 2, 2012  /s/ T. Zindel for J.Hitt
JASON HITT
Assistant U.S. Attorney

**O R D E R**

The status conference is continued to January 22, 2013, at 9:30 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through January 22, 2013.

IT IS SO ORDERED.

Dated: November 2, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE