```
1  JOSEPH SCHLESINGER, Bar #87692
   Acting Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   REGINALD BOWERS
7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:06-CR-0288 WBS |
|---|---|
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER** |
| v. | ) **CONTINUING STATUS CONFERENCE** |
| | ) **AND EXCLUDING TIME** |
| REGINALD BOWERS, | ) |
| Defendant. | ) Date: January 22, 2013 |
| | ) Time: 9:30 a.m. |
| _____ | ) Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Reginald Bowers, through their respective attorneys, that the status conference scheduled for January 22, 2013, may be continued to February 11, 2013, at 9:30 a.m.

The parties have reached an agreement resolving the pending forfeiture (2:06-CV-02839 WBS) and the government has dismissed the indictment as to the co-defendant. An agreement to resolve the criminal charge pending against Mr. Bowers is imminent but the proposals under discussion have yet to be finally reviewed or approved within the U.S.

Attorney's Office. To afford time to complete their negotiations, the parties agree that time under the Speedy Trial Act should be excluded through February 11, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A) and that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

JOSEPH SCHLESINGER
Acting Federal Defender

Dated: January 17, 2013        /s/ T. Zindel
                               TIMOTHY ZINDEL
                               Assistant Federal Defender
                               Attorney for REGINALD BOWERS

BENJAMIN B. WAGNER
United States Attorney

Dated: January 17, 2013        /s/ T. Zindel for J.Hitt
                               JASON HITT
                               Assistant U.S. Attorney

**O R D E R**

The status conference is continued to February 11, 2013, at 9:30 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through February 11, 2013.

IT IS SO ORDERED.

Dated: January 17, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE