```
 1  JOSEPH SCHLESINGER, Bar #87692
    Acting Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    REGINALD BOWERS
 7

 8

 9                  IN THE UNITED STATES DISTRICT COURT

10                FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,      ) No. 2:06-CR-0288 WBS
                                   )
14              Plaintiff,         )
                                   ) STIPULATION AND ORDER
15      v.                         ) CONTINUING STATUS CONFERENCE
                                   ) AND EXCLUDING TIME
16  REGINALD BOWERS,               )
                                   )
17              Defendant.         ) Date:  March 18, 2013
                                   ) Time:  9:30 a.m.
18  _____ ) Judge: Hon. William B. Shubb

19
```

20     IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States
21  of America, and defendant, Reginald Bowers, through their respective
22  attorneys, that the status conference scheduled for March 18, 2013, may
23  be continued to April 15, 2013, at 9:30 a.m.
24     An agreement to resolve the criminal charge pending against Mr.
25  Bowers is imminent but the proposals under discussion have yet to be
26  finally reviewed or approved within the U.S. Attorney's Office.  To
27  afford time to complete their negotiations, the parties agree that time
28  under the Speedy Trial Act should be excluded through April 15, 2013,

pursuant to 18 U.S.C. § 3161(h)(7)(A) and that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

JOSEPH SCHLESINGER
Acting Federal Defender

Dated:  March 14, 2013                /s/ T. Zindel
                                      TIMOTHY ZINDEL
                                      Assistant Federal Defender
                                      Attorney for REGINALD BOWERS

                                      BENJAMIN B. WAGNER
                                      United States Attorney

Dated:  March 14, 2013                /s/ T. Zindel for J.Hitt
                                      JASON HITT
                                      Assistant U.S. Attorney

**O R D E R**

The status conference is continued to April 15, 2013, at 9:30 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through April 15, 2013.

IT IS SO ORDERED.

Dated:  March 14, 2013

HON. WILLIAM B. SHUBB
United States District Judge