BENJAMIN B. WAGNER
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:06-cr-00288 WBS |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |
| v. | |
| REGINALD BOWERS, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Jason Hitt, counsel for the plaintiff United States of America, and defendant Reginald BOWERS, by and through his counsel Assistant Federal Defender Timothy Zindel, that the currently set status conference set for April 22, 2013, at 9:30 a.m., should be continued to May 20, 2013, at 9:30 a.m.

The parties believe a continuance is appropriate because the parties anticipate an entry of guilty plea at the next court appearance. The United States recently filed a motion to dismiss the Indictment against the co-defendant Dorothy WILLIAMS and the Court granted that motion. The government is preparing a final plea offer for the defendant and defense counsel is continuing to work

1

diligently on mitigating the defendant's sentencing exposure in this case. Based upon the ongoing efforts by both parties to bring this case to a close, the parties stipulate and agree that time should be excluded under the Speedy Trial Act because defense counsel needs additional time to review the discovery and plea agreement in this case and prepare his client for possible entry of plea at the next court appearance. For these reasons, counsel stipulate that an exclusion of time from April 22, 2013, to May 20, 2013, is appropriate because the ends of justice are served by the Court excluding such time and outweigh the defendant's interest in a speedy trial, as well as the public's interest in a speedy trial, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence under 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4).

DATED: April 19, 2013      /s/Jason Hitt
                           JASON HITT
                           Assistant U.S. Attorney


DATED: April 19, 2013      /s/Jason Hitt
                           TIMOTHY ZINDEL, ESQ.
                           Counsel for defendant
                           REGINALD BOWERS
                           Authorized to sign for
                           Mr. Zindel on 04-19-13

**O R D E R**

Based upon the representations by counsel and the stipulation of the parties, **IT IS HEREBY ORDERED** that:

1. The status conference set for April 22, 2013, at 9:30 a.m. is vacated;

2. A new status conference is set for May 20, 2013, at 9:30 a.m.; and

3. Based upon the above representations and stipulation of the parties, the Court finds that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded between April 22, 2013, and May 20, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv)(Local Code T4).

**IT IS SO ORDERED.**

DATED: April 19, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE