HEATHER E. WILLIAMS, Bar #122664
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
REGINALD BOWERS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>REGINALD BOWERS, )<br>)<br>Defendant. )<br>)<br>_____ ) | No. 2:06-CR-0288 WBS<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>Date: June 3, 2013<br>Time: 9:30 a.m.<br>Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Reginald Bowers, through their respective attorneys, that the status conference scheduled for June 3, 2013, may be continued to July 1, 2013, at 9:30 a.m.

Defense counsel is awaiting paperwork from the government documenting the agreement to resolve the criminal charge pending against Mr. Bowers. The parties expect to resolve the case during the month of June and to present their resolution to the Court on July 1. To afford time to complete all tasks necessary to the final resolution, the parties

agree that time under the Speedy Trial Act should be excluded through July 1, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A) and that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: May 31, 2013                /s/ T. Zindel
                                   TIMOTHY ZINDEL
                                   Assistant Federal Defender
                                   Attorney for REGINALD BOWERS

                                   BENJAMIN B. WAGNER
                                   United States Attorney

Dated: May 31, 2013                /s/ T. Zindel for J.Hitt
                                   JASON HITT
                                   Assistant U.S. Attorney

**O R D E R**

The status conference is continued to July 1, 2013, at 9:30 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through July 1, 2013.

IT IS SO ORDERED.

Dated: May 31, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stip. & Order                          2