```
1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   REGINALD BOWERS
7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:06-CR-0288 WBS |
|---|---|
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER** |
| v. | ) **CONTINUING STATUS CONFERENCE** |
| | ) **AND EXCLUDING TIME** |
| REGINALD BOWERS, | ) |
| | ) |
| Defendant. | ) Date: July 1, 2013 |
| | ) Time: 9:30 a.m. |
| _____ | ) Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Reginald Bowers, through their respective attorneys, that the status conference scheduled for July 1, 2013, may be continued to July 15, 2013, at 9:30 a.m.

Defense counsel awaits paperwork from the government documenting the parties' agreement to resolve the criminal charge pending against Mr. Bowers - the government has advised it will have the agreement prepared in time to enter it in Court on July 15. To afford time to complete this task, the parties agree that time under the Speedy Trial Act should be

excluded through July 15, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A) and that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

                                        Respectfully submitted,

                                        HEATHER E. WILLIAMS
                                        Federal Defender

Dated: June 27, 2013            /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for REGINALD BOWERS

                                        BENJAMIN B. WAGNER
                                        United States Attorney

Dated: June 27, 2013            /s/ T. Zindel for J.Hitt
                                        JASON HITT
                                        Assistant U.S. Attorney

**O R D E R**

    The status conference is continued to July 15, 2013, at 9:30 a.m. For the reason set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through July 15, 2013.

    IT IS SO ORDERED.

Dated: June 28, 2013

                                        WILLIAM B. SHUBB
                                        UNITED STATES DISTRICT JUDGE