1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   REGINALD BOWERS
7

8

9              IN THE UNITED STATES DISTRICT COURT

10           FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,        )  No. 2:06-CR-0288 WBS
                                     )
14                  Plaintiff,       )
                                     )  **STIPULATION AND ORDER**
15       v.                          )  **CONTINUING STATUS CONFERENCE**
                                     )  **AND EXCLUDING TIME**
16  REGINALD BOWERS,                 )
                                     )
17                  Defendant.       )  Date:  July 22, 2013
                                     )  Time:  9:30 a.m.
18  _____ )  Judge: Hon. William B. Shubb

19

20       IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

21  of America, and defendant, Reginald Bowers, through their respective

22  attorneys, that the status conference scheduled for July 22, 2013, may be

23  continued to August 5, 2013, at 9:30 a.m.

24       Defense counsel awaits paperwork from the government documenting the

25  parties' agreement to resolve the criminal charge pending against Mr.

26  Bowers - the proposal is currently under final review by a supervising

27  attorney in the U.S. Attorney's Office.  To afford time to complete this

28  task, the parties agree that time under the Speedy Trial Act should be

excluded through August 5, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A) and that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated:  July 19, 2013                    /s/ T. Zindel
                                          TIMOTHY ZINDEL
                                          Assistant Federal Defender
                                          Attorney for REGINALD BOWERS

                                          BENJAMIN B. WAGNER
                                          United States Attorney

Dated:  July 19, 2013                    /s/ T. Zindel for J.Hitt
                                          JASON HITT
                                          Assistant U.S. Attorney

**O R D E R**

The status conference is continued to August 5, 2013, at 9:30 a.m. For the reason set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through August 5, 2013.

IT IS SO ORDERED.

Dated: July 19, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE