1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   REGINALD BOWERS
7

8

9                  IN THE UNITED STATES DISTRICT COURT

10                FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,      )  No. 2:06-CR-0288 WBS
                                  )
14              Plaintiff,        )
                                  )  **STIPULATION AND ORDER**
15      v.                        )  **CONTINUING STATUS CONFERENCE**
                                  )  **AND EXCLUDING TIME**
16 REGINALD BOWERS,               )
                                  )
17              Defendant.        )  Date:  August 5, 2013
                                  )  Time:  9:30 a.m.
18 _____)  Judge: Hon. William B. Shubb

19

20      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States
21 of America, and defendant, Reginald Bowers, through their respective
22 attorneys, that the status conference scheduled for August 5, 2013, may
23 be continued to August 26, 2013, at 9:30 a.m.

24      Defense counsel awaits paperwork from the government documenting the
25 parties' agreement to resolve the criminal charge pending against Mr.
26 Bowers. The proposal has been approved by a supervising attorney in the
27 U.S. Attorney's Office but the assigned attorney was occupied by a jury
28 trial until yesterday. To afford time to complete this task, the parties

agree that time under the Speedy Trial Act should be excluded through August 26, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A) and that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: August 2, 2013      /s/ T. Zindel
                           TIMOTHY ZINDEL
                           Assistant Federal Defender
                           Attorney for REGINALD BOWERS

                           BENJAMIN B. WAGNER
                           United States Attorney

Dated: August 2, 2013      /s/ T. Zindel for J.Hitt
                           JASON HITT
                           Assistant U.S. Attorney

**O R D E R**

The status conference is continued to August 26, 2013, at 9:30 a.m. For the reason set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through August 26, 2013.

IT IS SO ORDERED.

Dated: August 5, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stip. & Order                                    2